MW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Marisol Mendoza,

           Petitioner,

v.

William Barr, et al.,

           Respondents.

No. CV-20-00514-PHX-SPL (MTM)

**ORDER**

Petitioner in *Gutierrez-Lopez v. Figueroa*, CV-20-00732-PHX-JAT (JFM) moves to transfer the action to this Court because it entails substantially identical questions of law to those at issue here and would thereby avoid duplication of labor and inconsistent determinations. (Doc. 31.) Respondents "take no position" with regard to the request. CV-20-00732-PHX-JAT (JFM), Doc. 17.

The Court finds transfer is appropriate and will grant Petitioner's Motion pursuant to Rule 42.1 of the Local Rules of Civil Procedure.

**IT IS ORDERED:**

(1) Petitioner's Motion to Transfer (Doc. 31) is **granted**.

(2) The Clerk of Court shall transfer *Gutierrez-Lopez v. Figueroa*, CV-20-00732-PHX-JAT (JFM) to this Court.

. . . .

. . . .

. . . .

1      (3)    All future pleadings and papers submitted for filing shall bear the following case number: **CV-20-00732-PHX-SPL (JFM).**

Dated this 21st day of April, 2020.

                                            Honorable Steven P. Logan
                                            United States District Judge