MW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jhonnatan Brinez Urdaneta, et al., | No.  CV-20-00654-PHX-SPL (JFM) |
| Petitioners-Plaintiffs, | **ORDER** |
| v. | |
| Chuck Keeton, et al., | |
| Respondents-Defendants. | |

Petitioner Noel Mejia Hernandez (A# 203-702-428), who is detained in the CoreCivic La Palma Correctional Center, has filed, through counsel, a request for an emergency status conference (Doc. 45) to discuss his need for medical attention. Petitioner states that for at least two weeks, he has been experiencing symptoms associated with COVID-19 including a cough, fever, and severe chest pain, and despite his multiple requests to detention staff, "Petitioner has not yet received a COVID-19 test (or any other appropriate medical care addressing his symptoms)." The Court will call for an expedited response from Respondents.

**IT IS ORDERED** that Respondents shall have until **12:00 p.m. on Tuesday, April 28, 2020** to file a response to Petitioner's Request (Doc. 45).  Respondents must address what medical attention Petitioner has received to date, what further examination or medical treatment Petitioner will receive, including whether Petitioner will be tested for COVID-19 or placed in medical isolation, and any other information Respondents believe is relevant

to Petitioner's request. Respondents must also provide the reasons as to why Petitioner was not tested for COVID-19 or placed in medical isolation prior to the filing of his request.

Dated this 27th day of April, 2020.

                                        Honorable Steven P. Logan
                                        United States District Judge