# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jhonnatan Brinez Urdaneta, et al., | No. CV-20-00654-PHX-SPL (JFM) |
| Petitioners-Plaintiffs, | **ORDER** |
| v. | |
| Chuck Keeton, et al., | |
| Respondents-Defendants. | |

Having considered Petitioner-Plaintiff Noel Mejia Hernandez's request to dismiss this action without prejudice as moot,

**IT IS ORDERED:**

(1) The Motion to Dismiss (Doc. 85) is **granted**.

(2) Petitioners-Plaintiffs' Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief (Doc. 1) and this action are **dismissed without prejudice** in their entirety.

(3) The Clerk of Court shall enter judgment accordingly and terminate this case.

Dated this 30th day of November, 2020.

Honorable Steven P. Logan
United States District Judge